JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GLEN W. ROBISON, | Case No. EDCV 09-1059-VAP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: June 14, 2009

Virginia A. Phillips
United States District Judge